# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CANDID CARE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMILEDIRECTCLUB, LLC, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 21-cv-1180 (CFC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Cynthia J. Rigsby to represent Defendant SmileDirectClub, LLC in this matter.

Dated: September 21, 2021

                                                   */s/ Kenneth L. Dorsney*
                                                   Kenneth L. Dorsney (#3726)
                                                   Cortlan S. Hitch (#6720)
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, DE 19801
                                                   (302) 888-6800
                                                   kdorsney@morrisjames.com
                                                   chitch@morrisjames.com

                                                   *Attorneys for Defendant*
                                                   *SmileDirectClub, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                                United States District Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: /s/Cynthia J. Rigsby
Date:  September 21, 2021
Cynthia J. Rigsby
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 271-2400
crigsby@foley.com